Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE MARTIN-BARNETT,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-CV-00780-EPG<br><br>STIPULATION AND PROPOSED ORDER MODIFYING SCHEDULING ORDER |

   IT IS HEREBY STIPULATED by and between the parties, subject to the Court's approval, that the scheduling order in this action be modified to extend the parties deadline by roughly 45 days.

   Modification is necessary, appropriate and in the interests of judicial economy because after the exchange of letter briefs, plaintiff's counsel became aware of additional medical records which he believes constitutes new and material evidence warranting remand under 42 U.S.C. § 405(g), sentence six; such records have been provided for review by the Commissioner of Social Security, whose review is ongoing; and, following such review, this action may be appropriate for remand by stipulation. To provide adequate time for the Commissioner to complete her review of the additional medical records and in light of the numerous upcoming holidays the parties believe that a roughly 45 day extension of the deadlines under the current scheduling order is appropriate and agree that such an extension is not prejudicial to either party.

   Accordingly, the parties agree to and request modification of the existing scheduling order to the following:

   November 17, 2017:     Parties to file and serve stipulation to remand, if resolved.

1

| | | |
|---|---|---|
| December 11, 2017: | Plaintiff to file and serve motion for summary judgment. | |
| January 8, 2018: | Defendant to file and serve cross-motion for summary judgment. | |
| January 22, 2018: | Plaintiff to file and serve response to cross-motion. | |

SO STIPULATED AND AGREED:

Dated: October 25, 2017   WEEMS LAW OFFICES

*/s/ Robert C. Weems*
Robert C. Weems,
Attorney for Plaintiff

Dated: October 25, 2017   PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA NAICKER
Special Assistant United States Attorney

*/s/Tina Naicker*
TINA NAICKER
Special Assistant United States Attorney and
Attorney for Defendant (per e-mail authorization)

# ORDER

Pursuant to the parties' stipulation, the Court finds good cause for the following modifications to the existing scheduling order:

| | |
|---|---|
| November 17, 2017: | Parties to file and serve stipulation to remand, if resolved. |
| December 11, 2017: | Plaintiff to file and serve motion for summary judgment. |
| January 8, 2018: | Defendant to file and serve cross-motion for summary judgment. |
| January 22, 2018: | Plaintiff to file and serve response to cross-motion. |

IT IS SO ORDERED.

Dated: **October 25, 2017**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE