Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
  rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE MARTIN-BARNETT,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-CV-00780-EPG<br><br>STIPULATION AND ORDER MODIFYING SCHEDULING ORDER |

　　IT IS HEREBY STIPULATED by and between the parties, subject to the Court's approval, that the scheduling order in this action be further modified to extend the parties filing deadlines to file their respective motions for summary judgment by 5 days, plaintiff's reply date to remain unchanged.

　　Modification is necessary, appropriate and in the interests of judicial economy because of unanticipated demands between January 2, 2018 and January 5, 2018, in plaintiff's counsel's criminal defense calendar, which have interfered with the completion of plaintiff's motion for summary judgment, and plaintiff's counsel believes that this short further extension of time is necessary to permit the filing and meet the professional standards of the Court.

　　The parties believe and agree that an equal extension of the filing deadlines for their respective motions for summary judgment without extension of plaintiff's reply deadline is appropriate, is not prejudicial to either party, and should result in minimal disruption to their preparation for the Court's hearing in this matter.

　　Accordingly, the parties agree to and request modification of the existing scheduling order and outstanding deadlines, as follows:

　　January 10, 2018:    Plaintiff to file and serve motion for summary judgment.

　　February 12, 2018:   Defendant to file and serve cross-motion for summary judgment.

1

| | | |
|---|---|---|
| 1 | February 19, 2018: | Plaintiff to file and serve response to cross-motion. |

SO STIPULATED AND AGREED:

Dated: January 8, 2018        WEEMS LAW OFFICES

*/s/ Robert C. Weems*
Robert C. Weems,
Attorney for Plaintiff

Dated: January 8, 2018        PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA NAICKER
Special Assistant United States Attorney

*/s/Tina Naicker*
TINA NAICKER
Special Assistant United States Attorney and Attorney for Defendant (per e-mail authorization)

**ORDER**

Pursuant to the parties' stipulation, the existing scheduling order and outstanding deadlines are CONTINUED as follows:

January 10, 2018: Plaintiff to file and serve motion for summary judgment.
February 12, 2018: Defendant to file and serve cross-motion for summary judgment.
February 19, 2018: Plaintiff to file and serve response to cross-motion.

No further extensions of time will granted in this case.

IT IS SO ORDERED.

Dated: **January 8, 2018**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE